## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-890 R (MRW) | Date | July 29, 2013 |
|---|---|---|---|
| Title | Brown v. Jimenez, et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The Court previously issued an order screening this prisoner civil rights complaint. (Docket # 5.)  Pursuant to the Prison Litigation Reform Act, the Court declined to order service of the complaint due to numerous pleading deficiencies.  The Court directed Plaintiff to submit a proposed amended complaint by mid-June 2013 curing those defects.  However, to date, Plaintiff failed to file anything in response to the Court's order.

Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed under Federal Rule of Civil Procedure 41 for failure to prosecute the action or to comply with a Court order.  Plaintiff must file his response to the Court's OSC by or before August 16, 2013, or the action will be terminated.