UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LEE BROWN, | ) Case No. ED CV 13-890 R (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| JIMENEZ, et al., | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: _August 30, 2013_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE